NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

------

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

------

2014-3021

------

Petition for review of the Merit Systems Protection Board in No. DC3330130179-I-1.

------

**ON MOTION**

------

**O R D E R**

The Department of the Army moves without opposition to recaption this matter to designate the Merit Systems Protection Board as the respondent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

2                                                ASATOV v. ARMY

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s24